Ryan Stillman LUCAS, Plaintiff–
Appellant,

v.

Gary L. SHIVELY, Patrick Lamb,
Defendants–Appellees.

No. 14–7161.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: March 5, 2015.

John P. Fishwick, Jr., Lichtenstein-
fishwick, PLC, Roanoke, Virginia, for
Appellant. Jeremy E. Carroll, Glenn,
Feldmann, Darby & Goodlatte, Roanoke,
Virginia; Jim H. Guynn,. Jr., Guynn &
Dillon, P.C., Salem, Virginia, for Appel-
lees.

Before MOTZ, KING, and DUNCAN,
Circuit Judges.

PER CURIAM:

Ryan Stillman Lucas appeals the district
court's order granting summary judgment
in favor of the Appellees on Lucas' 42
U.S.C. § 1983 (2012) and state law claims
for false arrest, false imprisonment, and
malicious prosecution. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *United States
v. Shively*, No. 7:13–cv–00055–MFU–RSB

(W.D.Va. July 7, 2014). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*